George Tenreiro, Esq.
**SAIBER SCHLESINGER SATZ
 & GOLDSTEIN, LLC**
One Gateway Center, 13th Floor
Newark, New Jersey  07102-5311
(973) 622-3333
Attorneys for Defendant
Allstate Insurance Company

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY CURTIS, *pro se,*<br><br>              Plaintiff,<br><br>      v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>              Defendant. | Civil Action No. 07-cv-8588 (CLB) (LMS)<br><br>**CORPORATE DISCLOSURE<br>STATEMENT PURSUANT<br>TO FEDERAL RULE 7.1**<br><br>*Document Filed Electronically* |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Allstate

Insurance Company is a subsidiary of The Allstate Corporation and a non-governmental

corporate party.

Respectfully submitted,

      s/ George Tenreiro
George Tenreiro, Esq.
**SAIBER SCHLESINGER SATZ
 & GOLDSTEIN, LLC**
One Gateway Center, 13th Floor
Newark, New Jersey  07102-5311
(973) 622-3333
Attorneys for Defendant
Allstate Insurance Company

Dated: January 3, 2008

{00508882.DOC}