George Tenreiro, Esq.
**SAIBER SCHLESINGER SATZ
  & GOLDSTEIN, LLC**
One Gateway Center, 13th Floor
Newark, New Jersey  07102-5311
(973) 622-3333
Attorneys for Defendant
Allstate Insurance Company

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY CURTIS, *pro se,* | Civil Action No. 07-cv-8588 (CLB) (LMS) |
|       Plaintiff, | |
| v. | **DEFENDANT ALLSTATE INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT** |
| ALLSTATE INSURANCE COMPANY, | |
|       Defendant. | *Document Filed Electronically* |

Defendant Allstate Insurance Company (hereinafter referred to as "Allstate" or "Defendant"), by way of an Answer to plaintiff's Complaint states:

1.     Allstate denies the allegations contained in Plaintiff's Complaint, and specifically all allegations of racial discrimination in employment pursuant to Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17.

## I.  PARTIES IN THIS COMPLAINT

2.     Allstate lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section I, Part A of the Complaint.

3.     Allstate admits only that it has an office at the location identified in Section I, Parts B and C of the Complaint, and it denies any remaining allegation.

{00508861.DOC}

## II.  STATEMENT OF CLAIM

4.      Allstate denies the allegations contained in the Statement of Claim, Section II, Parts A through E.

## III.  EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES

5.      Allstate lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section III, Parts A and B of the Complaint, but refers to the Dismissal of Notice of Rights attached to the Complaint.

6.      Allstate makes no response to Section III, Part C of the Complaint as it is not applicable.

## IV.  RELIEF

7.      Allstate denies that plaintiff is entitled to the relief as alleged in Section IV of the Complaint.

WHEREFORE, defendant Allstate demands judgment in its favor dismissing plaintiff's Complaint.

*          *          *

### SEPARATE DEFENSES

### FIRST SEPARATE DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

### SECOND SEPARATE DEFENSE

Allstate did not engage in discriminatory conduct, nor did it violate Title VII of the Civil Rights Act of 1964 or any other applicable discrimination laws or regulations.

### THIRD SEPARATE DEFENSE

At all times relevant hereto, Allstate's actions and/or omissions were justifiable, in good faith, without malice and for legitimate, non-retaliatory and non-discriminatory business reasons.

### FOURTH SEPARATE DEFENSE

At all times relevant hereto, Allstate's actions and/or omissions were authorized by and complied with applicable laws, regulations, and standards.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part by the applicable statute of limitations.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred by the doctrines of estoppel, laches, waiver, and unclean hands.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's damages, if any, were caused by his own actions/omissions or the actions/omissions of other third parties over whom Allstate exercised no control.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to injunctive relief or any award of compensatory or punitive damages or attorney's fees.

### NINTH AFFIRMATIVE DEFENSE

Plaintiff has failed to adequately mitigate his damages, if any.

### TENTH AFFIRMATIVE DEFENSE

Allstate met all of its obligations to the plaintiff pursuant to law.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's conduct proximately contributed to any damages or injuries he may have sustained as alleged in the Complaint.

## TWELFTH AFFIRMATIVE DEFENSE

Allstate reserves the right to assert additional defenses as may be ascertained through discovery.

WHEREFORE, Allstate Insurance Company demands judgment in its favor dismissing plaintiff's Complaint.

## JURY DEMAND

Allstate hereby demands a trial by jury on all issues contained herein.

By:   s/ George Tenreiro
George Tenreiro, Esq.
**SAIBER SCHLESINGER SATZ
& GOLDSTEIN, LLC**
One Gateway Center, 13th Floor
Newark, New Jersey  07102-5311
(973) 622-3333
Attorneys for Defendant
Allstate Insurance Company

Dated:  January 3, 2008