George Tenreiro, Esq.
**SAIBER SCHLESINGER SATZ**
  **& GOLDSTEIN, LLC**
One Gateway Center, 13th Floor
Newark, New Jersey  07102-5311
(973) 622-3333
Attorneys for Defendant
Allstate Insurance Company

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHONY CURTIS, *pro se,* | Civil Action No. 07-cv-8588 (CLB) (LMS) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| ALLSTATE INSURANCE COMPANY, | *Document Filed Electronically* |
| Defendant. | |

GEORGE TENREIRO hereby certifies as follows:

1. I am an attorney-at-law of the State of New York and admitted to practice before the Courts of the State of New York and the United States District Court for Southern District of New York.

2. I hereby certify that on this 3rd day of January, 2008, I caused defendant Allstate Insurance Company's Answer to plaintiff's Complaint to be electronically filed by CM/ECF and served upon plaintiff, *pro* se, by overnight courier as stated below:

   **Anthony Curtis**
   202 Main Street
   Poughkeepsie, New York 12601

s/ George Tenreiro
George Tenreiro

Dated:  January 3, 2008

{00509908.DOC}