Joan M. Schwab, Esq.
George Tenreiro, Esq.
**SAIBER SCHLESINGER SATZ**
**& GOLDSTEIN, LLC**
One Gateway Center, 13th Floor
Newark, New Jersey 07102-5311
(973) 622-3333
Attorneys for Defendant
Allstate Insurance Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY CURTIS, *pro se*,<br><br>          Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>          Defendant. | Civil Action No. 07-cv-8588 (CLB) (LMS)<br><br>**NOTICE OF APPEARANCE**<br><br>*Document Filed Electronically* |

TO:    CLERK
         United States District Court, Southern District of New York
         Daniel Patrick Moynihan United States Courthouse
         500 Pearl Street, Room 1020
         New York, New York 10007-1312
         (via Electronic Filing)

         Mr. Anthony Curtis, *pro se*
         202 Main Street
         Poughkeepsie, New York 12601
         (via Federal Express)

         **PLEASE TAKE NOTICE** that Defendant Allstate Insurance Company ("Allstate") is represented by the firm of Saiber Schlesinger Satz & Goldstein, LLC in the above matter. Joan Schwab, Esq. hereby enters her appearance as counsel of record and as "lead attorney to be noticed" on behalf of Allstate in addition to George Tenreiro, Esq.

{00510259.DOC}

(gt@saiber.com). Accordingly, Allstate respectfully requests that any future Notices of Electronic Filing related to this case be forwarded to Joan M. Schwab at jms@saiber.com.

Dated: Newark, New Jersey
       January 16, 2008

                                    Respectfully submitted,

                                    **SAIBER SCHLESINGER SATZ & GOLDSTEIN, LLC**

                                    By: _____
                                          Joan M. Schwab, Esq.
                                          Attorneys for Defendant
                                          Allstate Insurance Company