Joan M. Schwab, Esq.
**SAIBER LLC**
One Gateway Center, 13th Floor
Newark, New Jersey  07102-5311
(973) 622-3333
Attorneys for Defendant
Allstate Insurance Company

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHONY CURTIS, *pro se,* | Civil Action No. 07-cv-8588 (CLB) (LMS) |
| Plaintiff, | |
| v. | **NOTICE OF NAME CHANGE** |
| ALLSTATE INSURANCE COMPANY, | |
| Defendant. | *Document Filed Electronically* |

PLEASE TAKE NOTICE that, effective February 1, 2008, the firm of Saiber Schlesinger Satz and Goldstein, LLC has changed its name to Saiber LLC.

        SAIBER LLC
        Attorneys for Defendant
        Allstate Insurance Company


        By:  s/ Joan M. Schwab
               JOAN M. SCHWAB

Dated:  February 1, 2008

{00513858.DOC}