## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

May 5, 2008

## SCHEDULING ORDER
07CV8588(CLB)(LMS)

Rina Grassotti
Joan Mary Schwab
Saiber Schlesinger Satz & Goldstein(NJ)
One Gateway Center
Newark, NJ 07102

Anthony Curtis
202 Main Street
Poughkeepsie, NY 12601

The matter of   **CURTIS-V-ALLSTATE**   has been   **re- scheduled**

for *conference* before the Hon. Lisa Margaret Smith, United States Magistrate Judge,

from   6/10/08   to   *June 11, 2008 at 10:30AM*

### NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY
*Any party seeking a reschedule shall telephone chambers with all other parties on the line*

SO ORDERED:   _____
Hon. Lisa Margaret Smith
U.S.M.J.

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                                                         May 5, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING ORDER**
07CV8588(CLB)(LMS)

Rina Grassotti
Joan Mary Schwab
Saiber Schlesinger Satz & Goldstein(NJ)
One Gateway Center
Newark, NJ 07102

Anthony Curtis
202 Main Street
Poughkeepsie, NY 12601


The matter of    **CURTIS-V-ALLSTATE**    has been    **re- scheduled**

for *conference*  before the Hon. Lisa Margaret Smith,  United States Magistrate Judge,

from    6/10/08      to      ***June 11, 2008 at 10:30AM***

**NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY**
*Any party seeking a reschedule shall telephone chambers with all other parties on the line*

SO ORDERED:  _____
Hon. Lisa Margaret Smith
U.S.M.J.

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                                                    May 5, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

### SCHEDULING ORDER
07CV8588(CLB)(LMS)

Rina Grassotti
Joan Mary Schwab
Saiber Schlesinger Satz & Goldstein(NJ)
One Gateway Center
Newark, NJ 07102

Anthony Curtis
202 Main Street
Poughkeepsie, NY 12601

   The matter of   **CURTIS-V-ALLSTATE**   has been   **re- scheduled**

for *conference* before the Hon. Lisa Margaret Smith, United States Magistrate Judge,

from   6/10/08   to   ***June 11, 2008 at 10:30AM***

**NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY**
*Any party seeking a reschedule shall telephone chambers with all other parties on the line*

SO ORDERED:  _/s/ Lisa Margaret Smith_
_____
Hon. Lisa Margaret Smith
U.S.M.J.