**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of  July 8, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING ORDER**
07CV8588 (CLB)(LMS)

Anthony Curtis
202 Main Street
Poughkeepsie, NY 12601

Rina Grassotti
Saiber LLC
One Gateway Center
Newark, NJ 07102

The matter of **CURTIS-V-ALLSTATE** has been scheduled for a conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **July 22, 2008** at 11:30AM in Courtroom 420.

Notify all other parties of this schedule immediately.

*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: _____
Hon. Lisa Margaret Smith
U.S.M.J.

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                                                        July 8, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING ORDER**
07CV8588 (CLB)(LMS)

Anthony Curtis
202 Main Street
Poughkeepsie, NY 12601

Rina Grassotti
Saiber LLC
One Gateway Center
Newark, NJ 07102

The matter of **CURTIS-V-ALLSTATE** has been scheduled for a

conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on

**July 22, 2008** at   11:30AM   in Courtroom 420.

Notify all other parties of this schedule immediately.

*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: _____
Hon. Lisa Margaret Smith
U.S.M.J.