Joan M. Schwab, Esq.
Rina Grassotti, Esq.
SAIBER LLC
One Gateway Center - 13th Floor
Newark, New Jersey 07102-5311
(973) 622-3333
Attorneys for Defendant
Allstate Insurance Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY CURTIS, *pro se,*<br><br>        Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>        Defendant. | Civil Action No. 07-cv-8588 (CLB) (LMS)<br><br>+ ORDER<br>**NOTICE OF SUBSTITUTION OF<br>ATTORNEY** |

**PLEASE TAKE NOTICE** that the undersigned Joan M. Schwab, Esq. and Rina Grassotti, Esq. of the law firm Saiber LLC, hereby request the substitution of George Tenreiro, Esq., who is no longer associated with this firm, by Rina Grassotti, Esq., Saiber LLC., as counsel for defendant Allstate Insurance Company.

It is respectfully requested that the Clerk of this Court amend the record of this case to ensure that all records, filings, pleadings, and all other materials reflect the substitution of Rina Grassotti, Esq., as counsel of record, and that all notices, orders, filings, and any other materials filed in this matter be distributed to said counsel at the above-listed address and via e-mail at rg@saiber.com.

SO ORDERED:

Dated: 7/14/08

                                                  HONORABLE LISA MARGARET SMITH
                                                  UNITED STATES MAGISTRATE JUDGE

{00532614.DOC}