**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601



------------------------------------X

CURTIS

                              NOTICE OF REASSIGNMENT

        -v-

                              7:07 CV 8588 (KMK)(LMS)

ALLSTATE INSURANCE

------------------------------------X


    Pursuant to the memorandum of the Case Processing Assistant
the above entitled action is reassigned to the calendar of


    JUDGE: KENNETH M. KARAS

    All future documents submitted in this action shall bear the
assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a
copy of the Notice of Reassignment on all defendants.


                              J. Michael McMahon, CLERK

Dated:08/27/2008

                         by:_____
                                  Deputy Clerk


CC:  Attorneys of Record

CASE REDESIGNATED TO: LISA M. SMITH


i:forms\assign\reass.wpd
WP REASSIGNMENT FORM

                              Revised: September 9, 2004