

# Saiber
ATTORNEYS AT LAW

Saiber LLC
One Gateway Center • 13th Floor
Newark, New Jersey • 07102-5311
Tel 973.622.3333 • Fax 973.622.3349
www.saiber.com

New York | Atlantic City | Point Pleasant Beach

WILLIAM F. MADERER +°
DAVID J. D'ALOIA
JEFFREY W. LORELL°
DAVID R. GROSS°
SEAN R. KELLY *°
ARNOLD B. CALMANN°
JOAN M. SCHWAB
JENNINE DISOMMA°
JAMES H. FORTE
VINCENT F. PAPALIA
RANDI SCHILLINGER°°
MICHAEL J. GERAGHTY°
NINO A. COVIELLO°
AGNES I. RYMER°
JAMES H. GIANNINOTO†
NANCY A. WASHINGTON
MARC C. SINGER°°
SETH E. ZUCKERMAN
MARC E. WOLIN ◊
DAVID A. COHEN
JEFFREY SOOS
DANALYNN T. COLAO°

SAMUEL S. SAIBER
GEOFFREY GAULKIN
ALFRED M. WOLIN
  SPECIAL COUNSEL
DAVID M. SATZ, JR.
MORTON GOLDFEIN°
EDWIN H. NORDLINGER *
DAVID J. SATZ
HEIDI WEGRYN GROSS
  OF COUNSEL
GUY S. MICHAEL°
ROBERT J. CARROLL
MICHAEL J. WILDES
ROBERT B. NUSSBAUM
DEREK TIMMS °
  COUNSEL
° MEMBER OF NJ & NY BARS
◊ MEMBER OF NJ & PA BARS
□ MEMBER OF NJ, NY & CT BARS
* MEMBER OF NY BAR ONLY
+ CERTIFIED BY THE SUPREME
  COURT OF NEW JERSEY AS A CIVIL
  AND CRIMINAL TRIAL ATTORNEY
• CERTIFIED BY THE SUPREME
  COURT OF NEW JERSEY AS A CIVIL
  TRIAL ATTORNEY

MELISSA A. PROVOST
CHRISTINA L. FICHERA°
JENNIFER R. O'CONNOR
COLIN R. ROBINSON ◊
MARK A. RONEY
CARA L. MIGLIACCIO
JACK CHAN °
DANIELE N. HANKIN°
JEFFREY J. PASEK
JOHN H. NOORLANDER°
ANDREW D. LA FIURA°
LAUREN M. LIMAURO
RINA GRASSOTTI °
UNA YOUNG KANG ◊
KATHERINE A. ESCANLAR°
JAKOB B. HALPERN
MICHAEL J. GROHS°
SANJAY MANOCHA°
MATTHEW A. CATANIA°
ANTONIO A. GONZALEZ°
AMY K. SMITH °
JANE JHUN °
GERI L. ALBIN



MEMO ENDORSED

*[handwritten margin notes: "Deemed Cross Motion. Motion for Extension Granted. SO ORDERED. LMS 9/9/08"]*

September 5, 2008



RECEIVED
SEP - 8 2008
HON. LISA MARGARET SMITH
U.S.M.J.

**VIA FACSIMILE**

Honorable Lisa Margaret Smith, U.S.M.J.
U.S. District Court, S.D.N.Y.
300 Quarropas Street, Room 428
White Plains, New York 10601

    Re:    **Anthony Curtis, *pro se* v. Allstate Insurance Company**
            <u>Docket No. 07-8588 (CLB) (LMS)</u>

Dear Judge Smith:

We write to respectfully request a short extension of time within which to respond to Mr. Curtis' document demands. This Court had directed that Allstate respond to Mr. Curtis' document demands within one week after Allstate's receipt of Mr. Curtis' responses to its interrogatories and document demands, which are due by September 8, 2008. As we are diligently working to identify and compile all documents responsive to plaintiff Anthony Curtis' document demands (as limited pursuant to Your Honor's Order dated August 13, 2008), an additional week to respond would be greatly appreciated. In light of the fact that it has taken Mr. Curtis over three months to respond to Allstate's discovery requests, affording Allstate an

{00538915.DOC}



Honorable Lisa Margaret Smith, U.S.M.J.
September 5, 2008
Page 2

additional week to respond is not unreasonable.  Therefore, Allstate respectfully requests that the Court allow it a total of two weeks (from the time Allstate receives Mr. Curtis' responses to Allstate's discovery requests) to respond to Mr. Curtis' document demands.

Thank you for Your Honor's consideration in this matter.

Respectfully submitted,

Rina Grassotti

cc:    Anthony Curtis, *pro se* (Via Email and Federal Express)

{00538915.DOC}                                    2